IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**DAVID J. PÉREZ-ARRITOLA,**

**Plaintiff,**

v.    CIVIL NO. 23-1204 (PAD)

**PLAZA DE DIEGO, S.E., ET AL.**

**Defendants.**

## JUDGMENT

In accordance with the Memorandum and Order issued today (Docket No. 99), judgment is hereby entered dismissing the federal claim with prejudice. The state claims are dismissed albeit without prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of March, 2024.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge